Kathryn S. Diemer, Esq.
DIEMER &WEI, LLP
55 S. Market Street, Suite 1420
San Jose, CA 95113
Tel: (408) 971-6270
E-mail: kdiemer@diemerwei.com

Jason R. Klinowski, Esq.
*(Admitted Pro Hac Vice)*
KLINOWKI DAMIANO LLP
P.O. Box 43404
Birmingham, Alabama 35243
Tel. (205) 644-8881
Email: jklinowski@aglawyer.com
*Attorneys for Produce Pay, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| PRODUCE PAY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IZGUERRA PRODUCE, INC., et al., and SERGIO B. FIERRO, and CARLOS F. FIERRO, and MARIA T. FIERRO individually, <br><br> Defendants. | Case No.: 2:19-cv-10165-CBM-(GJSx) <br><br> **ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITH PREUDICE** <br><br> JS-6 |

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Before this Court is the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff, Produce Pay, Inc. The Court having reviewed the Notice, it is hereby

**ORDERED,** that Plaintiff's Notice of Voluntary Dismissal with Prejudice is granted.

**ORDERED,** that all claims asserted in Plaintiff's civil action complaint [Dkt. No. 1] against Defendants Sergion B. Fierro, Carlos F. Fierro and Maria T. Fierro are dismissed without prejudice.

Order on Notice of Voluntary Dismissal       1       Case No.: 2:19-cv-10165-CBM-(GJSx)

**ORDERED,** that all claims asserted in Plaintiff's civil action complaint [Dkt. No. 1] against Defendant Izguerra Produce, Inc. that are not included in the Consent Final Judgment entered herewith are dismissed with prejudice.

**ORDERED,** that all parties bear their own attorneys' fees and costs associated with this matter.

**DONE AND ORDERED** in Los Angeles, California this 13TH day of SEPTEMBER 2022.

_____
CONSUELO B. MARSHALL
United States District Judge

Copies furnished to:
   Jason R. Klinowski, Esq.
   Kathryn S. Diemer, Esq.
   Maurice Wainer, Esq.